STEPHANIE LOOMIS-PRICE, PRO HAC VICE
Texas State Bar No: 24007565
sloomisprice@winstead.com
TRISH J. ENGLISH, PRO HAC VICE
Texas State Bar No. 24055451
tenglish@winstead.com
WINSTEAD PC
600 Travis Street
1100 JPMorgan Chase Tower
Houston, Texas 77002
Telephone No.: (713) 650-8400
Facsimile No.: (713) 650-2400

and

LAYNE T. RUSHFORTH, ESQ.
Nevada State Bar No. 1004
The Rushforth Firm, Ltd.
9505 Hillwood Drive, Suite 100
Las Vegas, Nevada 89134
Telephone 702-255-4552
Fax 702-255-4677
E-mail layne@rushforth.net

Attorneys for Pat Clark individually, as Executor of the Estate of Bernice Clark, as Trustee of the Pat Clark, Jr. Separate Property Trust, as Trustee of the Pat Clark Voting Stock Trust, as Trustee of the Pat Clark GST Trust, as Trustee of the Pat Clark Issue Trust, as Trustee of the Bernice Clark Retained Annuity Trust #2, and as Trustee of the Bernice Clark 2000 Retained Annuity Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAT CLARK, JR., individually, as Executor of the Estate of Bernice Clark, as Trustee of the Pat Clark, Jr. Separate Property Trust, as Trustee of the Pat Clark Voting Stock Trust, as Trustee of the Pat Clark GST Trust, as Trustee of the Pat Clark Issue Trust, as Trustee of the Bernice Clark Retained Annuity Trust #2, and as Trustee of the Bernice Clark 2000 Retained Annuity Trust; BARBARA C. KLASSEN, individually, as Trustee of the Barbara C. Klassen Legacy Trust, and as Trustee of the Clark Ranch House Trust; JOANN CALLAHAN a/k/a JOANN P. CLARK, individually, as Trustee of the Joann Clark Legacy Trust, and as Trustee of The Clark Ranch House Trust; MARY LOUISE HOUSTON, individually, as Trustee of the Saucer 5 | Case No.: 2:14-cv-01372-JAD-PAL<br><br>ORDER APPROVING PAT CLARK'S MOTION TO FILE AMENDED CROSS-CLAIM FOR INDEMNIFICATION |

ORDER APPROVING PAT CLARK'S MOTION TO FILE     1
AMENDED CROSS-CLAIM FOR INDEMNIFICATION

Legacy Trust, as Trustee of the Clark Ranch House  )
Trust and as Trustee of the Houston Irrevocable Trust;  )
KIMBERLY WASSERBURGER KOUBA; C.R.  )
CLARK; RORY CLARK; DANIEL T. CALLAHAN,  )
                                                                                     )
                    Defendants.                                        )

### ORDER APPROVING PAT CLARK'S MOTION TO FILE AMENDED CROSS-CLAIM FOR INDEMNIFICATION

This Court has considered Defendant, PAT CLARK, JR.'s Motion For Leave to File Amended Cross-Claim for Indemnification to add Daniel ("Tim") Callahan as a Cross-Defendant. Since Pat Clark timely and properly filed his Motion, this Court finds that the Motion has merit and should be granted.

Accordingly, it is HEREBY ORDERED that Pat Clark's Motion For Leave to File Amended Cross-Claim for Indemnification is GRANTED. Pat Clark shall file his Amended Cross-Claim for Indemnification within 10 days of this Order.

Dated:  April 7, 2015.

_____
Jennifer A. Dorsey
United States District Judge

ORDER APPROVING PAT CLARK'S MOTION TO FILE    2
AMENDED CROSS-CLAIM FOR INDEMNIFICATION