DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:14-cv-01372-JAD-PAL |
| | ) |
| v. | ) |
| | ) |
| PAT CLARK, JR., *et al.,* | ) **ORDER** |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Rika Valdman to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

1    Rika Valdman is an attorney with the United States Department of Justice, Tax Division, an

2  agency of the federal government, and is an active member in good standing of the New York State

3  bar (No. 4956009).

4    The following information is provided to the Court:

5  Rika Valdman
   Trial Attorney, Tax Division
6  U.S. Department of Justice
   P.O. Box 683
7  Washington, DC 20044
   Phone: (202) 514-6056
8  Fax: (202) 307-0054
   rika.valdman@usdoj.gov

9

10    Accordingly, the United States respectfully requests that the Court admit Rika Valdman to

11  practice in the District of Nevada for the duration of employment by the United States.

12    Respectfully submitted this 15th day of April 2015.

13                                          DANIEL G. BOGDEN
                                            United States Attorney
14
                                            /s/ Blaine T. Welsh
15                                          BLAINE T. WELSH
                                            Assistant United States Attorney
16

17

18

19

20                                          IT IS SO ORDERED:

21

22                                          _____
                                            UNITED STATES DISTRICT JUDGE
23                                          Dated:  April 16, 2015

24

25

26

2