**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAT CLARK, JR., individually, as Executor of the Estate of Bernice Clark, as Trustee of the Pat Clark, Jr. Separate Property Trust, as Trustee of the Pat Clark Voting Stock Trust, as Trustee of the Pat Clark GST Trust, as Trustee of the Pat Clark Issue Trust, as Trustee of the Bernice Clark Retained Annuity Trust #2, and as Trustee of the Bernice Clark 2000 Retained Annuity Trust; BARBARA C. KLASSEN, individually, as Trustee of the Barbara C. Klassen Legacy Trust, and as Trustee of the Clark Ranch House Trust; JOANN CALLAHAN a/k/a JOANN P. CLARK, individually, as Trustee of the Joann Clark Legacy Trust, and as Trustee of the Clark Ranch House Trust; MARY LOUISE HOUSTON, individually, as Trustee of the Saucer 5 Legacy Trust, and as Trustee of the Clark Ranch House Trust; ALAN GREEN, as Trustee of the Houston Irrevocable Trust; KIMBERLY WASSERBURGER KOUBA; C.R. CLARK; RORY CLARK; and DANIEL T. CALLAHAN,<br><br>Defendants. | Case No. 2:14-cv-01372-JAD-PAL<br><br>**STIPULATION EXTENDING THE CASE DEADLINES**<br><br>**(First Request)** |
| AND ALL RELATED CLAIMS. | |

**STIPULATION EXTENDING THE CASE DEADLINES**

Pursuant to Local Rule 6-1, and the Federal Rules of Civil Procedure, the Parties hereby acknowledge their stipulation and agreement to extend the following deadlines:

1. As set forth in the Scheduling Order (Doc. 28) entered by the Court the following deadlines are currently in effect:

   Discovery Cut-Off Date:   June 5, 2015

   Rebuttal Expert Disclosures:   May 6, 2015

   Dispositive Motions:   July 6, 2015



1  Pretrial Order: August 5, 2015 (In the event dispositive motions are
2  filed the date for filing the joint pretrial order shall be suspended until thirty (30) days
3  after decision of the dipositive motion or further order of the court.)

4  2. The parties have been actively engaging in discovery in this matter. The parties
5  have exchanged initial disclosures pursuant to Fed.R.Civ.P. 26-1, served interrogatories and
6  requests for production of documents and designated expert witnesses.

7  3. The Parties collectively desire to extend the current deadlines set forth above by
8  approximately 100 days , so that the parties can engage in settlement negotiations and if necessary
9  a court imposed settlement conference before incurring any additional litigation costs.
10 Specifically, the parties hereby respectfully request that the Court amend the Scheduling Order as
11 follows:

12  4. Discovery Cut-Off Date: September 15, 2015
13  5. Rebuttal Expert Disclosures: June 8, 2016
14  6. Dispositive Motions: October 15, 2015
15  7. Pretrial Order: November 16, 2015 (In the event dispositive
16 motions are filed, the date for filing the proposed joint pre-trial order shall be suspended until
17 thirty (30) days after decision of the dispositve motion or further order of the court.)

18  8. The Parties state that this stipulation is made in good faith and not for purposes of
19 delay.

20  RESPECTFULLY SUBMITTED this 1st day of May, 2015.

21 SOLOMON DWIGGINS & FREER, LTD.          WINSTEAD PC

22

23  /s/ Alexander G. LeVeque                    /s/ Stephanie Loomis Price
   Mark A. Solomon, Bar No. 418_____       Stephanie Loomis-Price, Pro Hac Vice
   msolomon@sdfnvlaw.com                    Texas State Bar No. 24007565_____
24 Alexander G. LeVeque, Bar No. 11183       sloomisprice@winstead.com
   aleveque@sdfnvlaw.com                    Trisha J. English, Pro Hac Vice
25 9060 West Cheyenne Avenue                 Texas State Bar No. 24055451
   Las Vegas, Nevada 89129                  tenglish@winstead.com
26 (702) 853-5483__                          600 Travis Street
                                            1100 JPMorgan Chase Tower
27 -and-                                    Houston, Texas 77002
                                            (702) 650-2750__
28 Douglas Edwards, Bar No. 202

doug@nvtaxlaw.com
EDWARDS & CHAMBERS, LLP
10191 Park Run Drive, Suite 110
Las Vegas, Nevada 89145
(702) 242-5282

*Attorneys for Barbara C. Klassen, individually, as Trustee of the Barbara C. Klassen Legacy Trust, and as Trustee of the Clark Ranch House Trust, Joann Callahan a/k/a Joann P. Clark, individually, as Trustee of the Joann Clark Legacy Trust, and as Trustee of the Clark Ranch House Trust, Kimberly Wasserburger Kouba, C.R. Clark, Rory Clark, and Daniel T. Callahan*

CAROLINE D. CIRAOLO
Acting Assistant Attorney General


 /s/ Virginia Cronan Lowe
Virginia Cronan Lowe___
virginiacronan.lowe@usdoj.gov
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044
(202) 307-6484
Of Counsel:
Daniel Bogden
United States Attorney
District of Nevada

*Attorneys for the United States of America*

-and-

Layne T. Rushforth, Bar No. 1004
layne@rushforth.net
THE RUSHFORTH FIRM, LTD.
9505 Hillwood Drive, Suite 100
Las Vegas, Nevada 89134
(702) 255-4552

*Attorneys for Pat Clark, Jr., individually, as Executor of the Estate of Bernice Clark, as Trustee of the Pat Clark, Jr. Separate Property Trust, as Trustee of the Pat Clark Voting Stock Trust, as Trustee of the Pat Clark GST Trust, as Trustee of the Pat Clark Issue Trust, as Trustee of the Bernice Clark Retained Annuity Trust #2, and as Trustee of the Bernice Clark 2000 Retained Annuity Trust*

**IT IS SO ORDERED:**

_____
**U.S. DISTRICT/MAGISTRATE JUDGE**


**DATED:** May 12, 2015