UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>PAT CLARK, JR., et al,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:14-cv-01372-JAD-PAL<br><br>ORDER<br><br>(Rqst for Exemption – Dkt. #68) |

　　　Before the court is the United States' Motion for Relief from Requirement that Individual with Full Settlement Authority Attend the Settlement Conference (Dkt. #68). The motion requests that the trial attorneys for the government be present in person for the settlement conference scheduled for August 13, 2015, at 9:30 a.m., but that the individual with full settlement authority be available by phone. The United States represents that the person with settlement authority is the Chief of the Office of review who oversees hundreds of potential settlements of the Tax Division, Ann Carroll Reid. The Tax Division employs more than 300 attorneys and it is impractical for her to appear for settlement conferences throughout the United States. For good cause shown,

　　　**IT IS ORDERED** that the Request for Exemption is **GRANTED**. The trial attorney for the government shall be present at the settlement conference, and Ms. Reid, who has full settlement authority, shall be available by phone for the duration of the settlement conference.

　　　DATED this 27th day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1