UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>v.<br>PAT CLARK, JR., et al.,<br><br>                                Defendants. | Case No.2:14-cv-01372-JAD-NJK<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated: August 10, 2015 |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin          **RECORDER/TAPE #**:  None

**COUNSEL FOR PLAINTIFF(S):** Virginia Lowe

**COUNSEL FOR DEFENDANT(S):** Stephanie Loomis-Price, Alex LeVeque

**PROCEEDING:**  Phone Conference

A phone conference was conducted regarding Defendant Rory Kouba's Emergency Motion for Relief from the Requirement that he Physically Attend the Settlement Conference (Dkt. #74) commencing at 1:53 p.m.

The conference concluded at 1:57 p.m.

**IT IS ORDERED** that Defendant Rory Kouba's Emergency Motion for Relief from the Requirement that he Physically Attend the Settlement Conference (Dkt. #74) is **GRANTED.**

                                                              _____
                                                              PEGGY A. LEEN
                                                              UNITED STATES MAGISTRATE JUDGE