CAROLINE D. CIRAOLO
Acting Assistant Attorney General

VIRGINIA CRONAN LOWE
RIKA VALDMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6484; 202-514-6056
Fax: (202) 307-0054
VirginiaCronan.Lowe@usdoj.gov
Rika.valdman@usdoj.gov

*Of Counsel*:
DANIEL G. BOGDEN
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAT CLARK, JR., individually, as Executor of the Estate of Bernice Clark, as Trustee of the Pat Clark, Jr. Separate Property Trust, as Trustee of the Pat Clark Voting Stock Trust, as Trustee of the Pat Clark GST Trust, as Trustee of the Pat Clark Issue Trust, as Trustee of the Bernice Clark Retained Annuity Trust #2, and as Trustee of the Bernice Clark 2000 Retained Annuity Trust<br><br>BARBARA C. KLASSEN, individually, as Trustee of the Barbara C. Klassen Legacy Trust, and as Trustee of the Clark Ranch House Trust,<br><br>JOANN CALLAHAN a/k/a JOANN P. | Civil No. 2:14-cv-01372 JAD-PAL<br><br>STIPULATION REGARDING SCHEDULE and [Proposed] ORDER |

1

CLARK, individually, as Trustee of the Joann Clark Legacy Trust, and as Trustee of The Clark Ranch House Trust;

MARY LOUISE HOUSTON, individually, as Trustee of the Saucer 5 Legacy Trust, and as Trustee of the Clark Ranch House Trust; as Trustee of the Houston Irrevocable Trust;

KIMBERLY WASSERBURGER KOUBA;

C.R. CLARK;

RORY CLARK;

DANIEL T. CALLAHAN;

       Defendants.

       The United States of America and the defendants, by and through their undersigned counsel, hereby submit this stipulated schedule, pursuant to the direction of the Court at the status hearing held in this matter on October 6, 2015.

       1.  A settlement conference was held in this matter on August 13, 2015.  As a result of agreements made at the settlement conference, it was determined that the gift and estate tax liabilities at issue in this matter would need to be recomputed.

       2.  The undersigned attorneys for defendants Barbara Klassen, Joann Callahan, Kimberly Wasserburger Kouba, C.R. Clark, Rory Clark, and Daniel T. Callahan (hereinafter referred to as "Sisters' Counsel") and their accountants have prepared revised gift tax computations for the years at issue in this matter and forwarded these computations to the undersigned attorneys for defendant Pat Clark, Jr. (hereinafter "Clark's Counsel").

3.  The Sisters' Counsel and Clark's Counsel shall have until October 30, 2015 to review and provide any edits to the gift tax computations and forward these computations to the undersigned counsel for the government.

4.  The government shall have until November 15, 2015 to review the calculations, compute the penalties and interest associated with the revised gift tax liabilities, and provide that information to the Sisters' Counsel and Clark's Counsel.

5.  The Sisters' Counsel and Clark's Counsel shall have until December 15, 2015, to re-compute the estate tax at issue in this matter, to provide edits to the estate tax computations, and to provide these computations to the government's counsel.

6.  The government shall have until January 8, 2015, to review the calculations, compute the penalties and interest associated with the revised estate tax liabilities, and provide that information to the Sisters' Counsel and Clark's Counsel.

7.  The Sisters' Counsel and Clark's Counsel shall have until March 8, 2016 to continue to negotiate to resolve the issues presented in their cross-claims.

Respectfully submitted this 8th day of October, 2015.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

 /s/ *Virginia Cronan Lowe*
VIRGINIA CRONAN LOWE
RIKA VALDMAN
Trial Attorneys, Tax Division
U. S. Department of Justice

 Of Counsel:

DANIEL BOGDEN
United States Attorney

| | |
|---|---|
| WINSTEAD PC | SOLOMON DWIGGINS & FREER, LTD. |
| | |
| */s/ Stephanie Loomis-Price* | */s/ Alexander G. LeVeque* |
| STEPHANIE LOOMIS-PRICE | ALEXANDER G. LEVEQUE (#11183) |
| TRISHA J. ENGLISH | STEVEN E. HOLLINGWORTH |
| 1100 JPMorgan Chase Tower | 9060 West Cheyenne Avenue |
| 600 Travis Street | Las Vegas, NV 89129 |
| Houston, TX 77002 | Telephone:  702-853-5483 |
| Telephone: 713-650-8400 | *Attorneys for BarbaraKlassen, JoanCalallahan* |
| *Attorneys for Pat Clark, Jr.* | *Kimberly Wasserburger Kouba, C.R. Clark, Rory Clark, Daniel T. Callahan* |

IT IS SO ORDERED.

IT IS FURTHER ORDERED that a status conference will be held in this matter on December 8, 2015, at 9:30 a.m., in 3B. If the parties file documents resolving this matter prior to the scheduled conference date, the status conference shall be taken off the calendar.

Dated: October 9, 2015

PEGGY A. LEEN
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing pursuant to the CM/ECF system, and by first class mail, postage prepaid, to:

Mary Louise Houston
461 East Center Street
Central, Utah 84722

                                            */s/ Virginia Cronan Lowe*
                                            VIRGINIA CRONAN LOWE
                                            Trial Attorney
                                            United States Department of Justice, Tax Division