CAROLINE D. CIRAOLO
Acting Assistant Attorney General

VIRGINIA CRONAN LOWE
RIKA VALDMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 307-6484; 202-514-6056
Fax: (202) 307-0054
VirginiaCronan.Lowe@usdoj.gov
Rika.valdman@usdoj.gov

*Of Counsel*:
DANIEL G. BOGDEN
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAT CLARK, JR., individually, as  Executor of the Estate of Bernice Clark, as Trustee of the Pat Clark, Jr. Separate Property Trust, as Trustee of the Pat Clark Voting Stock Trust, as Trustee of the Pat Clark GST Trust, as Trustee of the Pat Clark Issue Trust, as Trustee of the Bernice Clark Retained Annuity Trust #2, and as Trustee of the Bernice Clark 2000 Retained Annuity Trust<br><br>BARBARA C. KLASSEN, individually, as Trustee of the Barbara C. Klassen Legacy Trust, and as Trustee of the Clark Ranch House Trust,<br><br> JOANN CALLAHAN a/k/a JOANN P. | Civil No. 2:14-cv-01372 JAD-PAL<br><br>SUPPLEMENTAL STIPULATION REGARDING SCHEDULE and [Proposed] ORDER |

1

CLARK, individually, as Trustee of the Joann Clark Legacy Trust, and as Trustee of The Clark Ranch House Trust;

MARY LOUISE HOUSTON, individually, as Trustee of the Saucer 5 Legacy Trust, and as Trustee of the Clark Ranch House Trust; as Trustee of the Houston Irrevocable Trust;

KIMBERLY WASSERBURGER KOUBA;

C.R. CLARK;

RORY CLARK;

DANIEL T. CALLAHAN;

       Defendants.

The United States of America and the defendants, by and through their undersigned counsel, hereby submit this stipulated schedule, pursuant to the direction of the Court at the status hearing held in this matter on December 8, 2015.

    1. A settlement conference was held in this matter on August 13, 2015. On October 9, 2015, an Order was entered (Doc. 87) which approved the parties' stipulated schedule for re-computing the gift and estate tax liabilities, at issue in this matter, as a result of agreements made at the settlement conference. As discussed at the status hearing on December, 8, 2015, the parties submit this proposed revised schedule.

    2. The undersigned attorneys for defendants Barbara Klassen, Joann Callahan, Kimberly Wasserburger Kouba, C.R. Clark, Rory Clark, and Daniel T. Callahan (hereinafter referred to as "Sisters' Counsel") and the undersigned attorneys for defendant Pat Clark, Jr. (hereinafter "Clark's Counsel") have until December 22, 2015 to provide the undersigned counsel for the

government with additional information with regard to the issue of penalties assessed for the outstanding federal gift tax liabilities at issue.

3. The government shall have until February 5, 2016, to respond to the Sisters' Counsel and Clark's Counsel with regard to their submissions regarding penalties.

4. A status conference will be held with the Court on February 8, 2016, at 9:30 a.m.

5. The Sisters' Counsel and Clark's Counsel shall have until March 7, 2016, to re-compute the estate tax at issue in this matter, to provide edits to the estate tax computations, and to provide these computations to the government's counsel.

6. The government shall have until March 28, 2016, to review the calculations, compute the penalties and interest associated with the revised estate tax liabilities, and provide that information to the Sisters' Counsel and Clark's Counsel.

7. The Sisters' Counsel and Clark's Counsel shall have until June 3, 2016 to continue to negotiate to resolve the issues presented in their cross-claims.

Respectfully submitted this 16th day of December, 2015.

                                      CAROLINE D. CIRAOLO
                                      Acting Assistant Attorney General

                                      /s/ *Virginia Cronan Lowe*

IT IS SO ORDERED this 21st day of December, 2015.

*[signature]*
Peggy A. Leen
United States Magistrate Judge

VIRGINIA CRONAN LOWE
RIKA VALDMAN
Trial Attorneys, Tax Division
U. S. Department of Justice

Of Counsel:

DANIEL BOGDEN
United States Attorney

3

| | |
|---|---|
| 1 | WINSTEAD PC | SOLOMON DWIGGINS & FREER, LTD. |

| | | |
|---|---|---|
| 3 | *Stephanie Loomis-Price* | *Steven E. Hollingworth* |
|   | STEPHANIE LOOMIS-PRICE | ALEXANDER G. LEVEQUE (#11183) |
|   | TRISHA J. ENGLISH | STEVEN E. HOLLINGWORTH |
| 4 | 1100 JPMorgan Chase Tower | 9060 West Cheyenne Avenue |
|   | 600 Travis Street | Las Vegas, NV 89129 |
| 5 | Houston, TX 77002 | Telephone: 702-853-5483 |
|   | Telephone: 713-650-8400 | *Attorneys for Barbara Klassen, Joann Callahan* |
| 6 | *Attorneys for Pat Clark, Jr.* | *Kimberly Wasserburger Kouba, C.R. Clark, Rory Clark, Daniel T. Callahan* |

4

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing pursuant to the CM/ECF system, and by first class mail, postage prepaid, to:

Mary Louise Houston
461 East Center Street
Central, Utah 84722

                                        */s/ Virginia Cronan Lowe*
                                        VIRGINIA CRONAN LOWE
                                        Trial Attorney
                                        United States Department of Justice, Tax Division