# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>PAT CLARK, JR., et al.,<br><br>Defendants. | Case No. 2:14-cv-01372-JAD-PAL<br><br>**ORDER** |

Before the court is the parties' Status Report Regarding Settlement (ECF No. 124). Having reviewed and considered the matter,

**IT IS ORDERED** that the parties shall submit a Joint Status Report to the court no later than **May 29, 2018**, if a stipulation to dismiss has not been filed by that time.

Dated this 13th day of April, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE