1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   VIRGINIA CRONAN LOWE
3  RIKA VALDMAN
   Trial Attorneys, Tax Division
4  U.S. Department of Justice
   P.O. Box 683
5  Ben Franklin Station
   Washington, D.C.  20044
6  Tel:  (202) 307-6484; 202-514-6056
   Fax: (202) 307-0054
7  VirginiaCronan.Lowe@usdoj.gov
   Rika.valdman@usdoj.gov
8
   *Of Counsel*:
9  NICHOLAS A. TRUTANICH
   United States Attorney
10
   *Attorneys for the United States of America*
11

12             IN THE UNITED STATES DISTRICT COURT FOR THE
                           DISTRICT OF NEVADA
13

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:14-cv-01372 JAD-BNW |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL OF UNITED STATES' COMPLAINT AND ORDER |
| PAT CLARK, JR., individually, as Executor of the Estate of Bernice Clark, as Trustee of the Pat Clark, Jr. Separate Property Trust, as Trustee of the Pat Clark Voting Stock Trust, as Trustee of the Pat Clark GST Trust, as Trustee of the Pat Clark Issue Trust, as Trustee of the Bernice Clark Retained Annuity Trust #2, and as Trustee of the Bernice Clark 2000 Retained Annuity Trust | ECF No. 136 |
| BARBARA C. KLASSEN, individually, as Trustee of the Barbara C. Klassen Legacy Trust, and as Trustee of the Clark Ranch House Trust, | |
| JOANN CALLAHAN a/k/a JOANN P. | |

| | |
|---|---|
| 1 | CLARK, individually, as Trustee of the Joann Clark Legacy Trust, and as Trustee of The Clark Ranch House Trust; |
| 2 | |
| 3 | MARY LOUISE HOUSTON, individually, as Trustee of the Saucer 5 Legacy Trust, and as Trustee of the Clark Ranch House Trust; as Trustee of the Houston Irrevocable Trust; |
| 4 | |
| 5 | |
| 6 | KIMBERLY WASSERBURGER KOUBA; |
| 7 | C.R. CLARK; |
| 8 | RORY CLARK; |
| 9 | DANIEL T. CALLAHAN; |
| 10 | Defendants. |

The United States of America and the defendants, by and through their undersigned counsel, and Mary Houston, *pro se*, hereby stipulate that the United States' Complaint against all defendants may be dismissed with prejudice.

Respectfully submitted this 25th day of July, 2019.

    RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General

    */s/ Virginia Cronan Lowe*
    VIRGINIA CRONAN LOWE
    RIKA VALDMAN
    Trial Attorneys, Tax Division
    U. S. Department of Justice

    Of Counsel:

    NICHOLAS A. TRUTANICH
    United States Attorney

    *Attorneys for United States of America*

Mary Louise Houston, *pro se*
461 East Center Street
Central, Utah 84722

| | |
|---|---|
| 1 | |
| 2 | MORRIS LAW GROUP |
| 3 | |
| 4 | Steve Morris, Bar No. 1543<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Phone: (702) 474-9400<br>sm@morrislawgroup.com |
| 5 | |
| 6 | |
| 7 | */s/ Stephanie Loomis-Price* |
| 8 | WINSTEAD PC<br>Stephanie Loomis-Price, PRO HAC VICE<br>sloomisprice@winstead.com<br>Abigail Rosen, PRO HAC VICE<br>arosen@winstead.com<br>600 Travis Street<br>Suite 5200<br>Houston, Texas 77002<br>Phone: (713) 650-2750 |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | RUSHFORTH, LEE & KIEFER LLP<br>Layne T. Rushforth (#1004)<br>layne@rushforth.net<br>1707 Village Center Circle<br>Suite 150<br>Las Vegas, Nevada 89137-1655<br>Phone: (702) 255-4552 |
| 14 | |
| 15 | |
| 16 | |
| 17 | *Attorneys for Pat Clark, individually, as Executor of the Estate of Bernice Clark, as Trustee of the Pat Clark, Jr. Separate Property Trust, as Trustee of the Pat Clark Voting Stock Trust, as Trustee of the Pat Clark GST Trust, as Trustee of the Pat Clark Issue Trust, as Trustee of the Bernice Clark Retained Annuity Trust #2, and as Trustee of the Bernice Clark 2000 Retained Annuity Trust* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

SOLOMON DWIGGINS & FREER, LTD.

*/s/ Steven E. Hollingworth*
STEVEN E. HOLLINGWORTH (#7753)
9060 West Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702-853-5483
shollingworth@sdfnvlaw.com

*Attorneys for Defendants, Cross-Defendants, and Counter Cross-Claimants, Barbara C. Klassen, Individually, as Trustee of the Barbara C. Klassen Legacy Trust, and as Trustee of the Clark Ranch House Trust, the Estate of JoAnn Callahan a/k/a Joann Clark, Deceased, the Estate of JoAnn Callahan, Deceased, as Trustee of the JoAnn Clark Legacy Trust, and as Trustee of the Clark Ranch House Trust, Kimberly Wasserburger Kouba, C.R Clark, Rory Clark, and Daniel T. Callahan*

**ORDER**

Based on the parties' stipulation **[ECF No. 136]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that THIS ACTION is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 26, 2019